# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROY LEE RUSSELL
ADC #087075                                                    PETITIONER

v.                      No. 5:16-cv-188-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's careful recommendation, № 30, as supplemented and overrules Russell's objections, № 31. FED. R. CIV. P. 72(b)(3). The supplement: whether analyzed as a sufficiency argument or an inconsistent-verdicts argument, Russell's first claim fails on the merits. *Jackson v. Virginia*, 443 U.S. 307 (1979); *Dunn v. United States*, 284 U.S. 390 (1932). Russell's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2018