IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY LEE RUSSELL
ADC #087075                                                          PETITIONER

v.                           No. 5:16-cv-188-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Russell's petition is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

15 June 2018